IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**WILLIE KEVIN WILLIAMS,**

    Petitioner,

vs. : CIVIL ACTION NO. 10-00308-WS-B

**HUEY HOSS MACK,** *et al.,*

    Respondents.

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 15th of September, **2010**.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE